> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Tia Workman, Ryan Workman v. United States of America

| | |
|---|---|
| Case Number | 30C01-2105-CT-000787 |
| Court | Hancock Circuit Court |
| Type | CT - Civil Tort |
| Filed | 05/28/2021 |
| Status | 05/28/2021 , Pending  (active) |

### Parties to the Case

**Defendant** United States of America

    Address
    c/o US Atty General, US Dep. of Justice
    950 Pennsylvania Ave NW
    Washington, DC 20530-0001

**Plaintiff** Workman, Tia

    Address
    c/o Foley & Small
    1002 E Jefferson Blvd
    South Bend, IN 46617

    Attorney
    Edmond W Foley
    *#852571, Retained*

    1002 E Jefferson Blvd.
    South Bend, IN 46617
    574-288-7676(W)

**Plaintiff** Workman, Ryan

    Address
    1002 E. Jefferson Blvd.
    South Bend, IN 46617

    Attorney
    Edmond W Foley
    *#852571, Retained*

    1002 E Jefferson Blvd.
    South Bend, IN 46617
    574-288-7676(W)

### Chronological Case Summary

**05/28/2021**  **Case Opened as a New Filing**

**05/28/2021**  **Appearance Filed**

    Appearance

| | |
|---|---|
| For Party: | Workman, Tia |
| For Party: | Workman, Ryan |
| File Stamp: | 05/28/2021 |

| 05/28/2021 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Summons | |
| | Filed By: | Workman, Tia |
| | Filed By: | Workman, Ryan |
| | File Stamp: | 05/28/2021 |
| 05/28/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint | |
| | Filed By: | Workman, Tia |
| | Filed By: | Workman, Ryan |
| | File Stamp: | 05/28/2021 |
| 08/02/2021 | **Subpoena/Summons Filed** | |
| | Summons | |
| | Filed By: | Workman, Tia |
| | Filed By: | Workman, Ryan |
| | File Stamp: | 08/02/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Workman, Tia**
Plaintiff

Balance Due (as of 08/03/2021)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 05/28/2021 | Transaction Assessment | 157.00 |
| 05/28/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA        IN THE HANCOCK CIRCUIT COURT

COUNTY OF HANCOCK      CAUSE NO. _____

TIA and RYAN WORKMAN, Individually
and as natural parents of RYKER
WORKMAN and COLIN WORKMAN,
Minors
          Plaintiffs,

    v.

UNITED STATES AMERICA

         Defendant.
_____/

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating  X    Responding ___   Intervening ____; and the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:
   Name of Party:   Neal Winer
   Address of party  c/o Foley & Small, 1002 E. Jefferson Blvd., South Bend, IN 46617
   Telephone # of party  (574) 288-7676
   (List on a continuation page additional parties this attorney represents in this case).

2. Attorney information for service as required by Trial Rule 5(B)(2)
   Name:  Edmond W. Foley          Atty. Number:  8525-71
   Address: Foley & Small          Phone: (574) 288-7676
   1002 E. Jefferson Blvd.         Fax: (574) 288-4939
   South Bend, IN 46617            Email: efoley@foleyandsmall.com
   Edmond Foley will only accept service by email if sent simultaneously to him and his legal assistant, Kim Mrozinski, at kim@foleyandsmall.com.

3. This is a  CT  case type as defined in administrative Rule 8(B)(3).

4. There are related cases:   Yes _____    No  X    (If yes, list on continuation page)

5. There are other party members:  Yes ____   No  X

6. This form has been served on all other parties and Certificate of Service is attached:
   Yes ___      No ___

                                       /s/ Ed Foley
                                       Attorney-at-law
                                       (Attorney information shown above)

# S U M M O N S

## IN THE HANCOCK CIRCUIT COURT

**Plaintiff C** Names and Addresses

TIA and RYAN WORKMAN, Individually
and as natural parents of RYKER WORKMAN
and COLIN WORKMAN, Minors
c/o FOLEY & SMALL
1002 E. Jefferson Blvd.
South Bend, IN 46617

CAUSE NO.: _____

vs.

**Defendant C** Names and Addresses

UNITED STATES AMERICA
d/b/a U.S. Postal Service
c/o U. S. Attorney General
U. S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Defendant.

TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:
You have been sued by the person(s) named "plaintiff" in the court stated above.
The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.
You must answer the complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE
DATE ___5/28/2021___, 2018.    BY _____
                                                                             CLERK

The following manner of service is hereby designated:    [ ] Registered Mail    [X] Certified Mail
    [ ] By Sheriff as provided by law. [ ] Other, as follows:
_____
    (If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)
ATTORNEY FOR PLAINTIFF

Edmond W. Foley, FOLEY & SMALL, 1002 E. Jefferson Blvd., South Bend, IN 46617    (574)288-7676
NAME                                        ADDRESS                                                                     PHONE NO.

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto was received by me at
_____
this _____ day of _____, 20____.

_____
Signature of Defendant

# RETURN OF SUMMONS
## CERTIFICATE OF MAILING
(If Applicable)

I hereby certify that on the _____ day of _____ 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____
_____
by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) _____ at the address(s) furnished by the plaintiff.

DATED _____, 20____ _____
                                                                                          CLERK
                                           BY _____
                                                                                         DEPUTY

## RETURN OF SERVICE OF SUMMONS BY MAIL
(If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 20____, and that a copy of return receipt was received on the _____ day of _____, 20___, which copy is attached herewith.

DATED _____, 20____ _____
                                                                                          CLERK
                                           BY _____
                                                                                         DEPUTY

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL
(If Applicable)

I hereby certify that on the _____ day of _____ 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____
_____
by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 20____, and I did deliver said summons and copy of complaint to the Sheriff of Hancock County, Indiana.
DATED _____, 20____ _____
                                                                                          CLERK
                                           BY _____
                                                                                         DEPUTY

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
(If Applicable)

I hereby certify that I have served the within summons:
 1.  By delivering on the _____ day of _____, 20____, a copy of summons and a copy of the complaint to each of the following defendants: _____
_____
 2.  By leaving on the ____ day of _____, 20____, for each of the within named defendants _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with ___ _____ a person of suitable age and discretion residing therein.
 3.  _____ and by mailing a copy of the summons without the complaint to _____ at _____the last known address of defendant(s).
 4.  This summons came to hand this _____ day of _____, 20____.
The within named _____
_____
was not found in my bailiwick this _____ day of _____, 20____.
MILEAGE         $_____
FEES            $_____       _____
TOTAL           $_____              SHERIFF OF HANCOCK COUNTY, INDIANA
                                      BY_____

STATE OF INDIANA            IN THE HANCOCK CIRCUIT COURT

COUNTY OF HANCOCK        CAUSE NO. _____

TIA and RYAN WORKMAN, Individually
and as natural parents of RYKER WORKMAN
and COLIN WORKMAN, Minors
c/o Foley & Small
1002 E. Jefferson Blvd.
South Bend, IN 46617

       Plaintiffs,

v.

UNITED STATES AMERICA
d/b/a U.S. Postal Service
c/o U. S. Attorney General
U. S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

       Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiffs, Tia and Ryan Workman, individually and on behalf of Ryker Workman and Colin Workman, minors, for their claim for relief state:

1. On April 22, 2020, Plaintiff, Ryker Workman, was on a battery-operated scooter traveling in his neighborhood subdivision in Hancock County, Indiana, when he was involved in a collision with a vehicle driven by a postal worker employed by the United States Postal Service and operating within the course and scope of his employment.

2. The collision was proximately caused by the negligence of the aforesaid employee of the Defendant in the operation of his vehicle.

3. As a proximate result of the collision, Plaintiff Ryker Workman sustained physical injuries which may be permanent and suffered and continues to suffer physical and mental pain.

4. That Plaintiffs Tia and Ryan Workman sustained loss as a result of the injuries to their children Ryker Workman and Colin Workman and said damages are recoverable under I.C. 34-23-2-1.

5. Plaintiffs, Tia and Ryan Workman and Colin Workman suffered and continue to suffer emotional distress by reason of witnessing Ryker Workman being struck and dragged by the vehicle and suffered and will continue to suffer the loss of enjoyment of life with the minor son.

WHEREFORE, Plaintiffs, Tia and Ryan Workman, individually and as natural parents of Ryker Workman and Colin Workman, minors, demand judgment against the Defendant in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

Respectfully submitted,

FOLEY & SMALL

/s/ *Ed Foley*
Edmond W. Foley (#8525-71)
1002 East Jefferson Blvd.
South Bend, IN 46617
Telephone: (574) 288-7676
Attorneys for the Plaintiff

# SUMMONS

## IN THE HANCOCK CIRCUIT COURT

**Plaintiff C** Names and Addresses

TIA and RYAN WORKMAN, Individually
and as natural parents of RYKER WORKMAN
and COLIN WORKMAN, Minors
c/o FOLEY & SMALL
1002 E. Jefferson Blvd.
South Bend, IN 46617

CAUSE NO.: 30C01-2105-CT-000787

v.

**Defendant C** Names and Addresses

UNITED STATES AMERICA
d/b/a U.S. Postal Service
U. S. Department of Justice
10 W. Market Street, Ste. 2100
Indianapolis, IN 46204-3048

TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:

You have been sued by the person(s) named "plaintiff" in the court stated above.
The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.
You must answer the complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

CLERK'S ISSUANCE
DATE  8/2/2021                          .          BY _____  CLERK
                                                                                 DEPUTY

The following manner of service is hereby designated:   [ ] Registered Mail    [X] Certified Mail
   [ ] By Sheriff as provided by law.  [ ] Other, as follows:
_____
(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

ATTORNEY FOR PLAINTIFF

Edmond W. Foley, FOLEY & SMALL, 1002 E. Jefferson Blvd., South Bend, IN 46617          (574)288-7676
NAME                         ADDRESS                                                    PHONE NO.

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto was received by me at
_____
this _____ day of _____, 20____.

_____
Signature of Defendant

# RETURN OF SUMMONS
## CERTIFICATE OF MAILING
(If Applicable)

I hereby certify that on the _____ day of _____ 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____

by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) _____ at the address(es) furnished by the plaintiff.

DATED _____, 20____  
                                                         CLERK  
BY _____  
                                                         DEPUTY

## RETURN OF SERVICE OF SUMMONS BY MAIL
(If Applicable)

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 20____, and that a copy of return receipt was received on the _____ day of _____, 20___, which copy is attached herewith.

DATED _____, 20____  
                                                         CLERK  
BY _____  
                                                         DEPUTY

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL
(If Applicable)

I hereby certify that on the _____ day of _____ 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____

by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 20____, and I did deliver said summons and copy of complaint to the Sheriff of Hancock County, Indiana.

DATED _____, 20____  
                                                         CLERK  
BY _____  
                                                         DEPUTY

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS
(If Applicable)

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 20____, a copy of summons and a copy of the complaint to each of the following defendants: _____

2. By leaving on the _____ day of _____, 20____, for each of the within named defendants _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with ___ _____ a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

4. This summons came to hand this _____ day of _____, 20____. The within named _____

was not found in my bailiwick this _____ day of _____, 20____.

MILEAGE    $_____  
FEES          $_____                               SHERIFF OF HANCOCK COUNTY, INDIANA  
TOTAL       $_____  
                                     BY _____